PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JERMAINE RUTH, | ) | |
| | ) | CASE NO.  4:22CV00529 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| NORTHEAST OHIO CORRECTIONAL | ) | |
| FACILITY, *et. al.*, | ) | |
| | ) | **ORDER** |
| Defendants. | ) | |

Plaintiff filed this Complaint on April 4, 2022.  ECF Nos. 1, 3.  Summons was issued by the Clerk of Court on April 6, 2022.  ECF No. 6.  However, since that time, no executed returns of service or waivers of service have been filed with the Court.

Fed. R. Civ. P. 4(m) requires Plaintiff to serve the Summons and Complaint upon the Defendants within 90 days after the Complaint is filed.  To date, none of the Defendants have been served.  If Plaintiff cannot show good cause, why service of the Summons and Complaint was not timely made upon Defendants pursuant to Rule 4(m), the action will be dismissed without prejudice on July 25, 2022.  *Moncrief v. Stone*, 961 F.2d 595, 596 (6th Cir. 1992)(interpreting the predecessor to Rule 4(m)).

IT IS SO ORDERED.

July 20, 2022
Date

*/s/ Benita Y. Pearson*
Benita Y. Pearson
United States District Judge