Granted.
/s/ *Benita Y. Pearson* on 8/29/2022
United States District Judge

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JERMAINE RUTH | ) | CASE NO. 4:22-cv-00529-BYP |
| | ) | |
| | ) | JUDGE: PEARSON |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | MOTION FOR LEAVE OF COURT |
| NORTHEAST OHIO CORRECTIONAL | ) | TO RE-ISSUE SUMMONS BY |
| FACILITY, et al., | ) | PROCESS SERVER |
| | ) | |
| Defendants. | ) | |

Now comes the Plaintiff, Jermaine Ruth, by and through counsel, and respectfully moves this Honorable Court for a leave of court to perfect service of the Complaint duly filed on April 5, 2022, by process server.  Counsel further seeks leave of court to file an Amended Praecipe in order to have new summons issued herein.

The Complaint was filed together with the Praecipe and Request for Summons on April 5, 2022.  Upon the issuance of the summons, undersigned counsel has attempted to perfect service of the Complaint upon the Defendants who are all representatives and/or employees of the NorthEast Ohio Correctional Facility which is a private jail who contracts for the detention and housing of both State and Federal inmates. Despite having sent the summons and Complaint by certified mail on at least 2 occasions, the required signatures have not been returned.  Counsel was informed by the US Post Office that due to COVID protocols, signatures on certified mail deliveries were not being obtained.  In order to prevent the spread of the virus during periods of high exposure, mail has been left without signatures being required or the return of service and delivery that is anticipated.  Accordingly, during the past 60 day period, counsel has been unable to verify the perfection of the service of the Complaint as contemplated by Federal Rules of Civil Procedure.

Counsel has been notified of this honorable Court's intention to dismiss the Complaint without prejudice due to the delay in completion of the service of process herein.  Counsel asserts that the delay in perfection of service is not due to delay or dilatory efforts on the part of counsel but rather due to circumstances directly related to the global pandemic.  Accordingly, counsel requests that this court permit an additional period of time in order to perfect the service of the complaint by special process server.  Counsel specifically requests an extension of 30 days or until August 26, 2022 in order to complete the process of service upon the Defendants herein.  Further, Counsel seeks leave of court to file an Amended Praecipe and Request for new Summons forthwith in order to comply with the Local Rules of Court and Federal Rules of Civil Procedure.

Counsel further asserts that the Plaintiff herein has a meritorious claim to assert and litigate before this honorable court and should not be prejudiced due to issues which are beyond his control.  This request is not made for the purpose of delay but in the interest of judicial economy and in the interest of justice.

**WHEREFORE,** Plaintiff moves this court for an additional 30 days in order to perfect service of process upon the Defendants named in the Complaint.  Counsel further seeks leave of court in order to file an Amended Praecipe and new Summons for service by process server as outlined herein.

Respectfully submitted,

_/s/Carolyn Kaye Ranke_____
**CAROLYN KAYE RANKE (#0043735)**
55 Public Square, #2100
Cleveland, Ohio 44113
(216) 374-7660 t*elephone*
(216) 363-6013 *facsimile*
*Kaye.ranke@gmail.com*
Attorney for Plaintiff