PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

JERMAINE RUTH,                              )
                                            )     CASE NO.  4:22CV0529
        Plaintiff,                          )
                                            )
        v.                                  )     JUDGE BENITA Y. PEARSON
                                            )
NORTHEAST OHIO CORRECTIONAL                 )
FACILITY, *et al.*,                         )
                                            )
        Defendants.                         )     **ORDER OF DISMISSAL**


On April 4, 2022, Plaintiff filed his Complaint. ECF No. 1.  On July 7, 2022, the Court advised, "if Plaintiff cannot show good cause why service of the Summons and Complaint was not timely made upon Defendants pursuant to Rule 4(m), the action will be dismissed without prejudice on July 25, 2022."  ECF No. 7.  In response, Plaintiff filed a Motion for Extension of Time (ECF No. 8) on July 26, 2022, requesting an extension of time until August 26, 2022 to perfect service upon Defendants and recognizing that the Court's intention is to "dismiss the Complaint without prejudice due to the delay in completion of the service of process herein." *Id.* at PageID #: 50.  Plaintiff's Motion for Extension of Time (ECF No. 8) was granted on August 29, 2022 (ECF No. 9).  To date, Plaintiff has neither perfected service nor shown good cause for his failure to do so.  The case is therefore dismissed without prejudice pursuant to Fed. R. Civ. P. 4(m).

        IT IS SO ORDERED.


 September 8, 2022              /s/ Benita Y. Pearson
Date                           Benita Y. Pearson
                               United States District Judge